IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| STEVEN COLLINS and <br> BELINDA COLLINS, <br><br> Plaintiffs, <br><br> vs. <br><br> PROFESSIONAL TRANSPORTATION <br> SERVICES, INC. and <br> CHUCK KNOBLOCK, d/b/a <br> C.K. TRUCKING, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 08-6016-CV-SJ-GAF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF DISMISSAL

Now before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to bear its own costs and fees.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED:   September 3, 2009